
FILED
JUL 28 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Karl Shackleford  Docket No. 4:97-CR-33-4

### Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Karl Shackleford, who, upon an earlier plea of guilty to Possess With Intent to Distribute and Distribute Cocaine Base and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 10, 1998, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. The defendant shall pay a $100 special assessment.

On June 16, 2008, the court granted the defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), and ordered the defendant's sentence reduced to 150 months.

Karl Shackleford was released from custody on October 7, 2008, at which time the term of supervised release commenced.

On April 7, 2009, the court approved a Petition for Action on Supervised Release ordering the defendant to serve 3 days custody after he was charged with Driving While License Revoked, Resisting Public Officer and Rear Lamp Violation.

Karl Shackleford
Docket No. 4:97-CR-33-4
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 18, 2010, the defendant was charged with Driving While License Revoked, No Inspection Sticker, and Expired Registration in Wayne County, North Carolina. Additionally, he failed to notify the probation officer he had contact with law enforcement. According to the citation, Shackleford was stopped at a checkpoint operated by the North Carolina Highway Patrol. Consequently, the defendant was charged as previously stated. According to the defendant, he agreed to transport his niece's vehicle to have it serviced even though he knew his license was revoked. Shackleford also apologized for his conduct.

As a sanction for the violations, the probation officer recommends the defendant complete 48 hours community service. The sanction should serve as a deterrent to future criminal conduct.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 48 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>472-C Western Blvd.<br>Jacksonville, NC 28546-6862<br>Phone: (910) 347-9038<br>Executed On: July 21, 2010 |

Karl Shackleford
Docket No. 4:97-CR-33-4
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 28 day of July, 2010, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge